No. 69055.—Polks Model Craft Hobbies, Inc., et al. *v.* United States, protests 63/20503(B), etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of HO gauge railroad cars similar in all material respects to those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the claim of the plaintiffs was sustained.